1651-14

# ELECTRONIC RECORD

COA # 01-14-00202-CR          OFFENSE: 21.1 (Sex Abuse of Child)

STYLE: Earl Charles Martin v. The State of Texas          COUNTY: Harris

COA DISPOSITION:     AFFIRM          TRIAL COURT: 174th District Court

DATE: 12/16/2014          Publish: NO          TC CASE #: 1413896

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Earl Charles Martin v. The State of Texas          CCA #: 1651-14

_____APPELLANT'S_____ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_____REFUSED_____

JUDGE: _____

DATE: ___02/25/2015___

SIGNED: _____          PC: _____

JUDGE: ___Pa Curiam___

PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**